```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEBRA ZANCA, on behalf of herself and all others similarly situated,

                Plaintiff,

                -against-

MOON JUICE LLC,

                Defendant.

---

1:20-cv-06968-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

       Plaintiff filed the Complaint on August 27, 2020 [ECF No. 1]. Proof of service filed with the Court on September 17, 2020, reflects that Defendant was served with the Complaint on September 10, 2020 [ECF No. 5]. On September 29, 2020, the Court endorsed a stipulation filed by Plaintiff extending the time for Defendant to answer or otherwise respond to the Complaint to October 23, 2020 [ECF No. 7]. To date, Defendant has not answered the Complaint or otherwise appeared in this action.

       Accordingly, IT IS HEREBY ORDERED that any motion for entry of a default judgment is due on or before **February 15, 2021**. Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website.

       **Failure to comply with this Order and the deadline herein may result in sanctions, including preclusion of claims or dismissal of the action for failure to prosecute.**

**SO ORDERED.**

**Date: January 6, 2021**
**New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**